IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR133 |
| vs. | ) | |
| | ) | ORDER |
| FERNANDO HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion [13] of Chinedu Igbokwe for leave to withdraw as counsel for the defendant. Substitute counsel, J. Joseph Sena, has entered an entry of appearance [12].

**IT IS ORDERED:**

    1. The Motion to Withdraw as Attorney of Record [13] is granted, and the appearance of Chinedu Igbokwe is hereby deemed withdrawn.

    2. The provisions and deadlines set in the case progression order [8] remain in effect.

**DATED May 16, 2008.**

                          **BY THE COURT:**

                          **s/ F.A. Gossett**
                          **United States Magistrate Judge**