# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR133 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FERNANDO HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Fernando Hernandez (Hernandez) (Filing No. 20). Hernandez seeks a continuance of sixty days of the trial of this matter. Hernandez's counsel represents that government's counsel has no objection to the motion. Hernandez has submitted an affidavit wherein he represents that he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 19). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Hernandez's motion to continue trial (Filing No. 20) is granted.

2. Trial of this matter is re-scheduled for **August 25, 2008,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 24, 2008 and August 25, 2008,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge